IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYAN HENRY,<br>*Individually and on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>MAJOR LEAGUE BASEBALL ADVANCED MEDIA, L.P.,<br><br>Defendant. | MEMORANDUM ENDORSED<br><br>Case No. 1:24-cv-01446<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY DEADLINES PENDING MEDIATION

Plaintiff Bryan Henry and Defendant Major Lague Baseball Advanced Media, L.P. ("MLB" or "Defendant") jointly move for a stay of all deadlines in this case for a period of sixty (60) days to conduct mediation. In support thereof, the parties state as follows:

Plaintiff filed this class action lawsuit on February 24, 2024. On March 4, 2024, Plaintiff filed a waiver of service of summons which indicates that MLB's deadline to respond to the Complaint is May 1, 2024. On April 22, 2024, MLB submitted a pre-motion letter to the Court expressing its intent to move to strike Plaintiff's class allegations and dismiss the complaint. The Court waived the pre-motion conference requirement and ordered MLB's motion to be filed on May 3,

Granted. The deadline to file the proposed motion to dismiss is extended to July 2, 2024.

So Ordered.

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge

April 30, 2024