**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRYAN HENRY, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAJOR LEAGUE BASEBALL ADVANCED MEDIA, L.P.<br><br>Defendant. | Case No. 1:24-cv-01446-GHW-GWG<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT MLB ADVANCED MEDIA, L.P.'S NOTICE OF MOTION AND MOTION TO STRIKE AND DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(f), 12(b)(6), AND 12(b)(1)**

**PLEASE TAKE NOTICE** that Defendant MLB Advanced Media, L.P. ("MLBAM") respectfully moves this Court to strike and dismiss Plaintiff Bryan Henry's Complaint pursuant to Federal Rules of Civil Procedure 12(f), 12(b)(6), and 12(b)(1) (the "Motion") at a date and time to be determined by the Court. This request is based upon this Notice of Motion, the accompanying Memorandum of Law in Support, dated August 15, 2024, all pleadings and documents on file in this matter, and such oral or written evidence and argument as may be introduced at, or prior to, the hearing on this motion. The parties have conferred and agreed upon the following briefing schedule:

1. Mr. Henry's Response to MLBAM's Motion will be due within **30 days** of the filing of MLBAM's Motion, by **September 16, 2024**.
2. MLBAM's Reply in Support of Its Motion to Strike and Dismiss will be due within **10 days** of the filing of Mr. Henry's Response.

Dated: August 15, 2024

Respectfully submitted,

By: *S/ Alan E. Littmann*
Alan E. Littmann (*pro hac vice*)
Andrew Rima (*pro hac vice*)
Logan A. Steiner (*pro hac vice*)
Samuel E. Schoenburg (*pro hac vice*)
Emily Morgan (*pro hac vice*)
Alice Preminger (*pro hac vice*)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191
Email: alittmann@goldmanismail.com
Email: arima@goldmanismail.com
Email: lsteiner@goldmainsmail.com
Email: sschoenburg@goldmanismail.com
Email: emorgan@goldmanismail.com
Email: apreminger@goldmanismail.com

*Attorneys for Defendant*
*Major League Baseball Advanced Media, L.P.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 15, 2024, a true and correct copy of the above and foregoing document was electronically filed with the Court. Pursuant to Local Rule 5.2, the Court's Procedures for Electronic Filing, this constitutes service on all parties of record in the above-captioned matter by ECF.

*S/ Alan E. Littmann*
Alan E. Littmann