UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
BRYAN HENRY,  :

            Plaintiff,

                                       :      ORDER
       -against-                         24 Civ. 1446 (GHW) (GWG)
                                       :

MAJOR LEAUGE BASEBALL
ADVANCED MEDIA, L.P.,  :

                    Defendant.  :
------------------------------------------------------X
GABRIEL W. GORENSTEIN, United State Magistrate Judge

      The plaintiff in <u>Golland et al v. Major League Baseball Advanced Media, L.P.</u>, 24 Civ. 6270 (ER) has filed a related case statement (Docket # 7 in 24 Civ. 6270). If any party seeks to contest the designation of 24 Civ. 6270 as related to the instant case, such party shall file its objection in the instant case by September 20, 2024.

      SO ORDERED.

Dated: September 13, 2024
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge