

Alan Littmann<br>
312.881.5969<br>
alittmann@goldmanismail.com

<u>**VIA ECF**</u>

September 26, 2024

Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Henry v. Major League Baseball Advanced Media, L.P.*, No. 1:24-cv-01446-GHW-GWG

Dear Judge Gorenstein:

    Pursuant to the Court's Individual Practices, I write on behalf of Defendant Major League Baseball Advanced Media, L.P. ("MLBAM") to advise the Court that MLBAM's Motion to Strike and Dismiss Plaintiff's Complaint Pursuant to Federal Rules of Civil Procedure 12(f), 12(b)(6), and 12(b)(1) has now been fully briefed. (ECF Nos. 26, 27, 29, 31.)

Sincerely,

*Alan E. Littmann*

Alan Littmann

Cc: Counsel of Record (via ECF)