

Shamis & Gentile, P.A.
14 NE 1st Ave, Suite 1205 • Miami, FL 33132
Telephone 305-479-2299 • Fax 786-623-0915

October 28, 2024

MEMORANDUM ENDORSED

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

    **Re: Request for Extension of Deadlines – Henry v. Major League Baseball Advanced Media, L.P. and Golland v. Major League Baseball Advanced Media, L.P., Case Nos. 1:24-cv-01446-GHW-GWG & 1:24-cv-06270-GHW-GWG**

Dear Judge Gorenstein,

  Pursuant to Rule 1.E of the Court's Individual Practices, the Parties in two pending putative class action lawsuits against Major League Baseball Advanced Media, L.P. ("MLBAM") respectfully request an extension to the deadlines currently set forth in the Court's October 8, 2024, order in the above-referenced cases. Specifically, the Parties seek to amend the briefing schedule to allow plaintiffs in both cases to file amended complaints. The *Henry* plaintiff seeks to amend his complaint to add another named plaintiff, to expand the proposed class to include subscribers to *MLB.com*, and to address some pleading issues identified in MLBAM's previous motion to dismiss. The *Golland* plaintiffs also intend to amend their complaint. MLBAM does not oppose the plaintiffs' requests to amend their complaints, subject to an agreed extension of the current motion to dismiss briefing schedule.

**SHAMIS & GENTILE, P.A.**
CLASS ACTION LAW FIRM

---

Shamis & Gentile, P.A.
14 NE 1st Ave, Suite 1205 • Miami, FL 33132
Telephone 305-479-2299 • Fax 786-623-0915

Based on the foregoing, the Parties respectfully request an extension of the deadlines for the filing of the plaintiffs' amended complaints and MLBAM's subsequent responsive pleadings. This is the first request for an extension of these deadlines. The proposed new deadlines are:

- **Plaintiffs' Amended Complaints:** November 21, 2024
- **Defendants' Responsive Pleadings:** December 19, 2024

In addition, we respectfully note that this extension should not affect any other scheduled deadlines and aligns with the Court's guidance to consolidate the briefing schedule and focus on efficient case management. Unless otherwise directed by the Court, MLBAM plans to file a single identical memorandum in both cases in support of any Rule 12 motion it files, and MLBAM does not intend to file an additional pre-motion letter pursuant to Rule 2.A of the Court's Individual Practices unless a motion MLBAM files will be based on grounds not raised in its earlier letters.

Thank you for considering this request. Please let us know if further information is required.

Respectfully submitted,

By: _/s/ Andrew J. Shamis_
Andrew J. Shamis
New York Bar No. 5195185
ashamis@shamisgentile.com
14 NE 1st Avenue. Suite 705
Miami, FL 33132



Shamis & Gentile, P.A.
14 NE 1st Ave, Suite 1205 • Miami, FL 33132
Telephone 305-479-2299 • Fax 786-623-0915

Adam A. Schwartzbaum *
adam@edelsberglaw.com
Florida Bar No. 093014
Scott Edelsberg *
Florida Bar No. 100537
scott@edelsberglaw.com
20900 NE 30th Ave., Suite 417
Aventura, FL 33180

*Pro Hac to be filed
*Attorneys for Plaintiff, Bryan Henry*

By:  /s/ Elliot O. Jackson
Elliot O. Jackson
Frank S. Hedin*
Arun G. Ravindran
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: 305-357-2107
Facsimile: 305-200-8801
Fhedin@hedinllp.com
Aravindran@hedinllp.com
Ejackson@hedinllp.com

*Pro Hac to be filed
*Attorneys for Plaintiffs, Aaron Golland, Timothy Parker, Jose Santiago and Lance Smith*

By:  /s/ Alan E. Littmann
Alan E. Littmann (*pro hac vice*)
Andrew Rima (*pro hac vice*)
Logan A. Steiner (*pro hac vice*)
Samuel E. Schoenburg (*pro hac vice*)
Emily Morgan (*pro hac vice*)
Alice Preminger (*pro hac vice*)



Shamis & Gentile, P.A.
14 NE 1ˢᵗ Ave, Suite 1205 • Miami, FL 33132
Telephone 305-479-2299 • Fax 786-623-0915

Oren Kriegel (*pro hac vice*)
GOLDMAN ISMAIL TOMASELLI
 BRENNAN & BAUM LLP
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191
Email: alittmann@goldmanismail.com
Email: arima@goldmanismail.com
Email: lsteiner@goldmainsmail.com
Email: sschoenburg@goldmanismail.com
Email: emorgan@goldmanismail.com
Email: apreminger@goldmanismail.com
Email: okriegel@goldmanismail.com

*Attorneys for Defendant*
*Major League Baseball Advanced Media, L.P.*

The proposed schedule is approved.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
October 28, 2024