UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BRYAN HENRY                                                    :

              Plaintiff,       :   ORDER
  -v.-                                                         :
                                           24 Civ. 1446 (GHW)(GWG)

MAJOR LEAGUE BASEBALL ADVANCED                                 :
MEDIA, L.P.
                                                               :
              Defendant.
---------------------------------------------------------------X
AARON GOLLAND et al.,                                          :

              Plaintiffs,      :

  -v.-                                                         :
                                           24 Civ. 6270 (GHW)(GWG)
MAJOR LEAGUE BASEBALL ADVANCED                                 :
MEDIA, L.P.
                                                               :
              Defendant.
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      In order to have a uniform briefing schedule on the pending motions to dismiss filed in the two above cases, the Court orders as follows:  Any opposition to the motion to dismiss shall be filed on or before February 7, 2025.  Any reply shall be filed on or before February 28, 2025.

      SO ORDERED.

Dated: December 20, 2024
       New York, New York

                                                                GABRIEL W. GORENSTEIN
                                                                United States Magistrate Judge