UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
BRYAN HENRY,

          Plaintiff,

    -against-

MAJOR LEAGUE BASEBALL
ADVANCED MEDIA, L.P.,

          Defendant.
-------------------------------------------------------X

ORDER
24 Civ. 1446 (GHW) (GWG)

AARON GOLLAND et al.,

          Plaintiffs,

    -v.-

MAJOR LEAGUE BASEBALL
ADVANCED MEDIA, L.P.,

          Defendant.
-------------------------------------------------------X

24 Civ. 6270 (GHW) (GWG)

ERIC WONG et al.,

          Plaintiffs,

    -v.-

MLB ADVANCED MEDIA, L.P.,

          Defendant.
-------------------------------------------------------X

25 Civ. 777 (GHW) (GWG)

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    The defendant in the above cases has leave to file a response to plaintiffs' letters on the Solomon case on or before May 30, 2025.

    SO ORDERED.

Dated: May 22, 2025
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge