UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
BRYAN HENRY,                                       :

        Plaintiff,                                :

                                      :          <u>ORDER</u>
        -against-                                            24 Civ. 1446 (GHW) (GWG)

                                      :

MAJOR LEAGUE BASEBALL
ADVANCED MEDIA, L.P.,                              :

        Defendant.                               :
------------------------------------------------------X
AARON GOLLAND et al.,                              :

        Plaintiffs,                               :

    -v.-                                           :
                                          24 Civ. 6270 (GHW) (GWG)
MAJOR LEAGUE BASEBALL                              :
ADVANCED MEDIA, L.P.,
                                      :

        Defendant.
------------------------------------------------------X
ERIC WONG et al.,                                  :

        Plaintiffs,                               :

    -v.-                                           :
                                          25 Civ. 777 (GHW) (GWG)
MLB ADVANCED MEDIA, L.P.,                          :

        Defendant.                               :
------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The parties' motions to dismiss and where applicable to strike (Docket # 41 in 24 Civ. 1446, Docket # 35 in 24 Civ. 6270, and Docket # 29 in 25 Civ. 777)  are all deemed reinstated pursuant to the Court's Order of June 11, 2025, and will be decided in due course.  The Court notes that the parties have not requested further briefing as was specifically permitted by that Order.

      SO ORDERED.

Dated: October 24, 2025
       New York, New York

1

2

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

2