## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
BRYAN HENRY, *individually and on behalf of himself and all others similarly situated*, et al.,

                               Plaintiffs,         24 **CIVIL** 1446 (GHW)

-v –

MAJOR LEAGUE BASEBALL ADVANCED MEDIA, L.P.,

                               Defendant
-------------------------------------------------------------------X
AARON GOLLAND, *individually and on behalf of all others similarly situated*, et al.,

                               Plaintiffs,         24 **CIVIL** 6270 (GHW)

-v-


MAJOR LEAGUE BASEBALL ADVANCED MEDIA, L.P.,

                               Defendant.
-------------------------------------------------------------------X
ERIC WONG, *et al.*,
                               Plaintiffs,

-v-                                                        25 **CIVIL** 777 (GHW)

## **JUDGMENT**

MLB ADVANCED MEDIA, L.P.,

                               Defendant.
-------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 7, 2026, no objections to the R&R were submitted within the fourteen-day window. The Court has reviewed the R&R for clear error and finds none. See Braunstein v. Barber, No. 06 Civ. 5978 (CS) (GAY), 2009 WL 1542707, at *1 (S.D.N.Y. June 2,

2009) (explaining that a "district court may adopt those portions of a report and recommendation to which no objections have been made, as long as no clear error is apparent from the face of the record"). The Court, therefore, has accepted and adopted the R&R in its entirety. Therefore, Defendants' motions to dismiss are GRANTED and the motions to strike are DENIED as moot. Judgment is entered for Defendant MLB in each of the above-captioned cases; accordingly, the cases are closed.

**Dated:**  New York, New York
January 8, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**  *K. Mango*
**Deputy Clerk**